FILE COPY



# Fourth Court of Appeals

## San Antonio, Texas

July 27, 2021

No. 04-21-00247-CV

**IN THE INTEREST OF K.J.S., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00534
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on July 26, 2021, and appellant filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by August 16, 2021**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court